**In the Interest of K.R. & S.R. (Minors), Plaintiff.**

**JUVENILE OFFICER, Respondent,**

v.

**R.M. (Natural Mother), Appellant.**

**No. WD 46202.**

Missouri Court of Appeals, Western District.

Feb. 23, 1993.

Gerald F. McGonagle, Kansas City, for appellant.

Mary A. Marquez, Juvenile Div., Kansas City, for respondent.

Before ULRICH, P.J. and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

This is an appeal from the termination of the parental rights of the mother of her two female daughters. The mother failed to protect her children from the sexual abuse practiced upon the two siblings of K.R. and S.R. Termination of parental rights affirmed. Rule 84.16(b).

■

**STATE of Missouri Respondent,**

v.

**Bruce CONNER Appellant.**

**Nos. WD 44290, WD 46242.**

Missouri Court of Appeals, Western District.

Feb. 23, 1993.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

## ORDER

PER CURIAM:

Appeal from a jury verdict finding defendant guilty of two counts of forcible rape in violation of § 566.030, RSMo 1986, one count of forcible sodomy in violation of § 566.060 and one count of armed criminal action in violation of § 571.015. Defendant was sentenced to concurrent sentences totaling thirty-five years.

Defendant also appeals the judgment denying his motion for relief under Rule 29.-15.

Judgment is affirmed. Rules 84.16(b) and 30.25(b).